## **DECLARATION OF JOHN DONOHUE**

John Donohue, pursuant to 28 U.S.C. § 1746(2), declares under penalty of perjury the following:

1. I am a Senior Special Agent with the U.S. Secret Service, Jacksonville Field Office and I am over the age of 18 years old.

2. I work on matters related to Cedric Griffin and have personal knowledge of the following based on my investigative and other work in the matters related to Griffin.

3. On May 2, 2023, a felony warrant was issued on Cedric Griffin for charges related to the SEC parallel investigation. The felony warrant was issued in the Fourth Judicial Circuit in Duval County, Florida.

4. After the warrant was issued, Griffin failed to appear before the State Court on May 4, 2023, in an unrelated State's criminal case against him, and Orders of Bond Forfeiture were entered against Griffin.

5. The U.S. Secret Service and other state and federal agencies have continued to search for Griffin.

6. Griffin continues to evade detection.

7. Griffin has no identifiable bank account, cell phone service account, property, utilities account, or vehicle registered to him.

8. Whereas Griffin previously held approximately 86 bank accounts, records reflect that he currently has none.

9. Efforts to locate Griffin through his family members and known associates cannot detect his current location as these individuals indicate Griffin has continued to avoid contact with them.

10. Efforts were taken to identify whether Griffin leaves the country. No such alerts have occurred, and therefore it is believed Griffin has not traveled internationally and remains in the United States.

11. Griffin continues to maintain a Driver License in the State of Florida and there is no reason to suggest he has left the State.

I declare under penalty of perjury that the foregoing is true and correct.

July 18, 2024.

By: /s/ John Donohue
John Donohue
Senior Special Agent
U.S. Secret Service
Jacksonville Field Office
5200 Belfort Road, Suite 200
Jacksonville, FL 32256
904-296-0133
john.t.donohue@usss.dhs.gov