**DECLARATION OF APRIL COBB**

April Cobb, pursuant to 28 U.S.C. § 1746(2), declares under penalty of perjury the following:

1. I am a detective with the Jacksonville Sheriff's Department and am over the age of 18 years old.

2. On April 4, 2023, Cedric Griffin failed to appear in Court in the felony criminal case against him in the Fourth Judicial Circuit in Duval County, Florida, and a warrant was issued for Griffin.

3. Griffin subsequently failed to appear before the State Court on May 24, 2023, in the State's criminal case against him and Orders of Forfeiture and Bond Forfeiture were entered against him.

4. The Jacksonville Sheriff's Department and other law enforcement have continued to search for Griffin, who has thus far successfully evaded detection.

5. Active efforts to locate Griffin remain ongoing.

6. The Securities and Commission's motion for additional time to serve Griffin would be publicly available if not filed under seal and would therefore notify Griffin of current efforts to locate him. There is a concern that this information could then be reviewed by Griffin and used by him to continue to evade arrest.

I declare under penalty of perjury that the foregoing is true and correct.

March 1, 2024.

By: s/April Cobb_____
April Cobb
Detective
501 E. Bay Street, Jacksonville, Florida 32202
904-281-5531
April.Cobb@jaxsheriff.org