**DECLARATION OF THIRY LARKIN**

I, Thiry Larkin, declare the following pursuant to 28 U.S.C. § 1746:

1. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could competently testify to these facts under oath.

2. My name is Thiry Larkin, and I am over the age of 18 years old.

3. I am a licensed private investigator with the State of Florida and have more than 20 years of experience locating individuals.

4. Since October 2023, I have done work for the Securities and Exchange Commission to locate and serve Cedric Griffin through my company ASI Apex Surveillance and Investigation.

5. Together with individuals and agents I employ, I have engaged in the following:

    a. With the information provided to this office regarding previous addresses, personal identifiers, and family members, thorough research of Mr. Griffin was conducted utilizing proprietary databases, online court records. At this time, there has been no new information reported or found to determine the current whereabouts of Mr. Griffin.

    b. Conducted surveillance at the family members of Mr. Griffin during the holiday season in anticipation of Mr. Griffin's possible visitation. In addition, spoke with cooperative neighbors to assist in identifying and notifying us if they observed Mr. Griffin.

    c. I identified and contacted Bail Bond agents in Alabama where his mother resides to assist in locating Mr. Griffin and pursuing a fugitive recovery.

    d. The cyber investigation conducted provided a detailed investigation to determine the whereabouts of Cedric Griffin, employing a fusion of high-tech methods and in-depth data analysis. The investigation has successfully identified critical digital presences and communication channels linked to Griffin. Surveillance activities targeting Griffin's

sons and past associates with the aim of locating the Subject. On 2/28/24 surveillance was conducted due to we identified an upcoming event via a social media post on Instagram by one of Griffin's adult sons advertising his new business O.A.F. (Information gathered during the investigation leads us to believe Griffin is associated with this business). We went to the event with the expectation of Griffin attending, but it turned out to be primarily attended by young college-aged individuals. However, we believe from information we gathered from social media that he is either working behind the scenes of this business and working with his sons to promote the business. Accordingly, we monitored surveillance of this business and the events surrounding this business.

e. We have monitored all social media posts, including those from his sons to identify future events and relevant updates. We found a post by one of his sons of his graduation, and speech at Tallahassee Community College in May 2024. Based on information obtained during the investigation, we attended the event but either Griffin was not in attendance or was heavily disguised and was not observed at the graduation. There was a graduation party for his son at the same restaurant where we previously saw his son during the first business event we found through his social media post. Unfortunately, Griffin was not in attendance.

f. We pursued cyber investigation from social media platforms and or email.

g. We worked and continue to work closely with the Jacksonville Sheriff's Office and other law enforcement personnel who are also working to locate Griffin.

h. We have proceeded with investigations that gathered insights into Griffin's personality and reached out to business associates to uncover leads on his location. We placed

2

surveillance of family members and known associates.

6. We strongly believe there is a high probability that Griffin is using Instagram to communicate and have identified the username and account ID.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on July 19, 2024, in St. Petersburg, Florida.

_____
Thiry Larkin