UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE No. 23-cv-00539-BJD-PDB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

CEDRIC DEWAYNE GRIFFIN,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT CEDRIC DEWAYNE GRIFFIN

Plaintiff Securities and Exchange Commission pursuant to Fed. R. Civ. P. 55(a), moves the Clerk of the Court to enter a default against Defendant Cedric Dewayne Griffin ("Griffin") for failure to plead or otherwise defend, and states:

1. On May 4, 2023, the Commission filed a complaint against the Defendant (DE 1).

2. On August 29, 2024, the Court granted the Commission's motion for alternate service via the Florida Secretary of State (DE 16).

3. On September 6, 2024, the Complaint and Summons were served on Griffin via the Florida Secretary of State pursuant to the Court's August 29, 2024 Order (DE 19).

4. Defendant Griffin's answer was due by September 27, 2024.

5. As of the date of this filing, Griffin has not answered the Complaint or submitted any other responsive pleading.

WHEREFORE, the Commission moves for entry of a Clerk's Default against Defendant Cedric Dewayne Griffin.

Dated: October 4, 2024         Respectfully submitted,

By: s/Amie Riggle Berlin
Amie Riggle Berlin, Esq.
Senior Trial Counsel
Bar No. 630020
Direct Dial: (305) 982-6322
Email: berlina@sec.gov

ATTORNEY FOR PLAINTIFF
SECURITIES AND EXCHANGE
COMMISSION
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Griffin via the Florida Secretary of State, pursuant to this Court's August 29, 2024, Order.

By:    s/Amie Riggle Berlin
Amie Riggle Berlin