United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,**

    *Plaintiff,*

v.                                                                                          NO. 3:23-cv-539-BJD-PDB

**CEDRIC DEWAYNE GRIFFIN,**

    *Defendant.*

# Order

The application for entry of default, Doc. 20, is **granted**. The clerk is **directed** to enter default against Cedric Dewayne Griffin.

Any application for default judgment must be filed within 35 days after entry of default. Local Rule 1.01(c). Here, an application for default judgment must include a memorandum of law (1) explaining compliance with the Servicemembers Civil Relief Act, 50 U.S.C. §§ 3901–4043, *see* https://scra.dmdc.osd.mil/scra/#/home (website to request a report certifying active-duty status); (2) specifying the claims on which the SEC is requesting judgment and how the facts alleged in the pleading (as opposed to the legal conclusions in the pleading) establish those claims, *see Nishimatsu Constr. Co. v. Hous. Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975) (explaining the standard for default judgment); and (3) stating whether the SEC maintains its jury demand for a determination of damages, *see* Doc. 1 at 23.

For future motions, counsel must use the correct case designation: 3:23-cv-539-BJD-PDB.

**Ordered** in Jacksonville, Florida, on October 8, 2024.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*