United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    *Plaintiff,*

v.                                     No. 3:23-CV-539-BJD-PDB

CEDRIC DEWAYNE GRIFFIN,

    *Defendant.*

---

## Entry of Default

Pursuant to Fed. R. Civ. P. 55(a), default is entered against the Defendant **Cedric Dewayne Griffin,** in Jacksonville, Florida, on the 8th day of October, 2024.

                            ELIZABETH M. WARREN, CLERK

                            s/ Angela Loeschen, Deputy Clerk

Copies furnished to:

Counsel of Record