UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE No. 23-cv-00539-BJD-PDB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

CEDRIC DEWAYNE GRIFFIN,

    Defendant.

_____/

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR FINAL DEFAULT JUDGMENT AGAINST DEFENDANT**

    Plaintiff Securities and Exchange Commission hereby respectfully seeks an enlargement of time to file its Motion for Final Default Judgment against Defendant Cedric DeWayne Griffin, until January 24, 2025. The Complaint against Griffin seeks permanent injunctions, disgorgement, prejudgment interest, and a civil money penalty [ECF No. 1]. Accordingly, the Motion for Final Default Judgment will include, among other things, requests for specific amounts disgorgement, prejudgment interest, and a civil money penalty. The five Commissioners of the S.E.C. must authorize the specific disgorgement and penalty amounts sought in S.E.C. enforcement actions. The S.E.C. seeks additional time to obtain that authorization.

1

The relief requested in this Motion is not sought for purposes of delay and would not impact any trial date in this case because the Defendant has defaulted and thus there will be no trial. Nor will the extension of time prejudice the Defendant. There is no other matter to be litigated in this case other than the Motion for Default Judgment and the amounts of monetary relief to be imposed against the Defendant. Accordingly, there would be no objection to the case being administratively closed until January 24, 2025, when the S.E.C. would re-open the case to file its Motion.

WHEREFORE, the S.E.C. respectfully seeks an Order granting the S.E.C. an enlargement of time until January 24, 2025 to file the Motion for Default Judgment, which would include requests for specific amounts of monetary relief.

Dated:  November 12, 2024                    Respectfully submitted,

By: s/Amie Riggle Berlin
Amie Riggle Berlin, Esq.
Senior Trial Counsel
Bar No.  630020
Direct Dial: (305) 982-6322
Email:  berlina@sec.gov

ATTORNEY FOR PLAINTIFF
SECURITIES AND EXCHANGE
COMMISSION
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Griffin via the Florida Secretary of State, pursuant to this Court's August 29, 2024, Order.

                                       By:    <u>s/Amie Riggle Berlin</u>
                                                   Amie Riggle Berlin