United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,**

    *Plaintiff,*

v.     NO. 3:23-cv-539-BJD-PDB

**CEDRIC DEWAYNE GRIFFIN,**

    *Defendant.*

# Order

The plaintiff moves for entry of default judgment against the defendant. Doc. 29. In the order granting the plaintiff's application for entry of clerk's default, the Court explained that any application for default judgment must include the following:

> [A]n application for default judgment must include a memorandum of law (1) explaining compliance with the Servicemembers Civil Relief Act, 50 U.S.C. §§ 3901–4043, *see* https://scra.dmdc.osd.mil/scra/#/home (website to request a report certifying active-duty status); (2) specifying the claims on which the SEC is requesting judgment and how the facts alleged in the pleading (as opposed to the legal conclusions in the pleading) establish those claims, *see Nishimatsu Constr. Co. v. Hous. Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975) (explaining the standard for default judgment); and (3) stating whether the SEC maintains its jury demand for a determination of damages, *see* Doc. 1 at 23.

Doc. 21 at 1.

The application for default judgment, Doc. 29, fails to explain compliance with the Servicemembers Civil Relief Act and fails to state whether the SEC

maintains its jury demand for a determination of damages. The application, Doc. 29, is **denied without prejudice** to filing an application that complies with the order.

The plaintiff also moves for leave to file a motion for entry of default judgment exceeding the page limitation, Doc. 27, and for leave to file a proposed default final judgment, Doc. 28. Considering the reasons for the requests (complexity of the case, proposed permanent injunction language, and payment instructions for monetary relief), the motions, Docs. 27, 28, are **granted**. The plaintiff may file a 39-page motion, inclusive of all parts (which includes the heading and signature block), and a proposed default final judgment by **February 18, 2025**.

**Ordered** in Jacksonville, Florida, on February 4, 2025.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*