# <u>EXHIBIT C</u>

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE No. 3:23-cv-539-BJD-PDB

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

CEDRIC DEWAYNE GRIFFIN,

Defendant.

_____/

## AFFIDAVIT OF ROSALIND WARD IN SUPPORT OF AGE AND COMPETENCY REGARDING DEFENDANT CEDRIC DEWAYNE GRIFFIN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(b)(2)

| | | |
|---|---|---|
| STATE OF FLORIDA | ) | |
| | ) | ss |
| COUNTY OF MIAMI-DADE | ) | |

BEFORE ME, the undersigned authority, personally appeared Rosalind Ward, who upon being duly sworn, deposes and says:

1.    I am a Paralegal Specialist for the Plaintiff Securities and Exchange Commission.

2.    On February 4, 2025, I reviewed the date of birth of Defendant Cedric Dewayne Griffin ("Griffin"). I have confirmed that he is neither an infant nor a minor.

3.    On February 4, 2025, I also confirmed that he has not been ruled

incompetent by any court of law. I reviewed a recent background report on Griffin using Thomas Reuters' Consolidated Lead Evaluation and Reporting ("CLEAR") investigative database. I found no indication that he has ever been ruled incompetent.  I also searched for his name in the Public Access to Court Electronic Records ("PACER") database and could not find any evidence that he has ever been ruled incompetent.

Dated: 2/10/2025

_____
Rosalind Ward

The foregoing instruction was sworn and acknowledged before me this 10th day of February 2025 by Rosalind Ward, who is personally known to me.

_____
Notary Public, State of Florida

My Commission Expires: July 26, 2028
Commission No.: HH572300

CARMEN R. PEREZ
Notary Public
State of Florida
Comm# HH572300
Expires 7/26/2028

2