UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE No. 3:23-cv-539-BJD-PDB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

CEDRIC DEWAYNE GRIFFIN,

    Defendant.

_____/

## MOTION TO WITHDRAW

Amie Riggle Berlin, Esq. proceeding under Local Rule 2.02(c), moves to withdraw from representing Plaintiff Securities and Exchange Commission in this action.

I certify that the client consents to the withdrawal.

Russell R. O'Brien has appeared in this matter and will proceed as trial counsel on behalf of the Commission.

The withdrawal will not result in a continuance of a trial.

### Local Rule 3.01(g) Certification

Defendant Cedric Dewayne Griffin has not made an appearance in this action.

May 28, 2025                              Respectfully submitted,

                                          By:   s/ Amie Riggle Berlin
                                                  Amie Riggle Berlin, Esq.

Senior Trial Counsel
Florida Bar No. 630020
Direct Dial: (305) 982-6322
Direct email: berlina@sec.gov

Attorney for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida  33131
Telephone: (305) 982-6300
Facsimile:   (305) 536-4154