UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE No. 3:23-cv-539-BJD-PDB

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

CEDRIC DEWAYNE GRIFFIN,

     Defendant.

_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), Plaintiff Securities and Exchange Commission provides notice of designation of Russell R. O'Brien as lead counsel on its behalf in this case.

May 28, 2025               Respectfully submitted,

By: /s/ *Russell R. O'Brien*
     Russell R. O'Brien, Esq.
     Trial Counsel
     Fla. Bar No. 084542
     Direct Dial: (305) 982-6341
     Email: obrienru@sec.gov

     **SECURITIES AND EXCHANGE COMMISSION**
     801 Brickell Avenue, Suite 1950
     Miami, FL 33131
     Telephone: (305) 982-6300
     Facsimile: (305) 536-4154
     **Attorney for Plaintiff Securities and Exchange Commission**