United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

    *Plaintiff,*

v.                                 NO. 3:23-cv-539-BJD-PDB

**CEDRIC DEWAYNE GRIFFIN,**

    *Defendant.*

## Order

For the reasons stated at yesterday's hearing, the oral motion for leave to file an amended complaint, Doc. 43, is **granted**. The Court accepts the amended complaint, Doc. 38, as the operative pleading. The oral motion to vacate the entry of clerk's default against Cedric Griffin and for a sixty-day extension of time to serve Griffin with process, Doc. 44, is **granted**. The SEC must serve Griffin with process by **September 5, 2025**. The application for default judgment, Doc. 31, is **denied** without prejudice as moot. The Court considers the motion to re-serve Griffin, Doc. 40, withdrawn.

**Ordered** in Jacksonville, Florida, on July 8, 2025.

Patricia D. Barksdale
United States Magistrate Judge