## Return of Service

**UNITED STATES DISTRICT COURT**
**Middle District of Florida**

Securities and Exchange Commission
  Plaintiff

Case Number: 3:23-cv-00539

vs.

Cedric Dewayne Griffin
  Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Cedric DeWayne Griffin at 4727 Lannie Rd, Jacksonville, FL 32218.

I, Steven Cook, being duly sworn, depose and say that on July 21, 2025 at or about 1:55 PM I served Summons in a Civil Action & Amended Complaint for Injunctive and Other Relief personally to Cedric DeWayne Griffin at Montgomery Correctional Center, 4727 Lannie Rd, Jacksonville, FL 32218.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____  1254       7/22/25
Steven Cook                  Date
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2025-145151
Reference: 25-MIRO-017