UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

CASE No. 23-cv-00539-BJD-PDB

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

CEDRIC DEWAYNE GRIFFIN,

     Defendant.

_____/

**PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT
AGAINST DEFENDANT CEDRIC DEWAYNE GRIFFIN**

Plaintiff Securities and Exchange Commission (the "Commission"), pursuant to Fed. R. Civ. P. 55(a) and L.R. 1.10(b), moves the Clerk to enter a default against Defendant Cedric Dewayne Griffin ("Griffin") for failure to plead or otherwise defend, and states:

1.     On May 4, 2023, the Commission filed its Complaint against Griffin [ECF No. 1].

2.     After Griffin failed to plead or otherwise defend against the Complaint, the Commission moved for entry of a Clerk's default as to Griffin [ECF No. 20], and on October 8, 2024, the Clerk entered the default [ECF No. 22].

3.     On June 18, 2025, the Commission filed an Amended Complaint [ECF No. 38].

4.     During a July 7, 2025 hearing, the Commission made an oral motion for

leave to file the Amended Complaint [ECF No. 43] and an oral motion to vacate the Clerk's default against Griffin [ECF No. 44], both of which were granted by the Court [ECF No. 45].

5.    The Commission served Griffin with the Summons and Amended Complaint by process server on July 21, 2025 [ECF No. 48].

6.    A Clerk's default against Griffin is authorized by Fed. R. Civil P. 55(a), which provides: "When a party against whom a judgement for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

7.    Griffin's response to the Amended Complaint was due by August 11, 2025.

8.    As of the date of this filing, Griffin has not answered the Amended Complaint or submitted any other responsive pleading.

9.    The Commission has not agreed to an extension of time for Griffin to respond to the Amended Complaint, and this Court has not granted him an extension to time.

WHEREFORE, the Commission moves for entry of a Clerk's default against Defendant Cedric Dewayne Griffin.

September 8, 2025          Respectfully submitted,

By:  Russell R. O'Brien
     Russell R. O'Brien, Esq.
     Trial Counsel
     Florida Bar No. 084542
     Direct Dial: (305) 982-6341

Direct email: obrienru@sec.gov

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2025, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.  I also certify that

the foregoing document is being served by U.S. Mail to:

Defendant Cedric Dewayne Griffin
Jail Number: 2025001924
Montgomery Correctional Center
4727 Lannie Road
Jacksonville, FL 32218

By:      Russell R. O'Brien
         Russell R. O'Brien