UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE No. 23-cv-00539-BJD-PDB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

CEDRIC DEWAYNE GRIFFIN,

    Defendant.
_____/

### PLAINTIFF'S MOTION TO STAY

Plaintiff Securities and Exchange Commission (the "SEC") moves to stay this action and adjourn all deadlines, including the deadline to file a default judgment pursuant to LR 1.10 of the Local Rules of the U.S. District Court for the Middle District of Florida (the "Motion"), and states:

1. As of October 1, 2025, due to a lapse in appropriations, the federal government has shut down. As a result of the shutdown, most SEC attorneys and employees have been furloughed and are prohibited from working—even on a voluntary basis—except in limited circumstances. *See* 31 U.S.C. § 1342.

2. On September 9, 2025, the Clerk entered a Default against Defendant Cedric Dewayne Griffin ("Defendant") [ECF No. 50].

3. Pursuant to LR 1.10, the deadline for the SEC to apply for a default judgment against the Defendant is October 14, 2025.

4. Since the shutdown began, counsel for the SEC has been precluded from

working on this case, which includes preparing a motion for default judgment. Counsel has been provided with a limited exception to allow him to work for the purpose of preparing this Motion.

5.   Moreover, shortly prior to the shutdown, undersigned counsel obtained an updated accounting of the relevant bank records in this matter. The revised accounting indicates that the amounts of the SEC's requested monetary damages in connection with its forthcoming motion for default judgment, specifically, the SEC's claims for disgorgement, prejudgment interest and a civil penalty, may need to be amended, which requires Commission approval.

6.   The Commission approval process requires review by several divisions and offices within the SEC before being presented to the Commissioners. Thus, the SEC needs an additional 90 days to complete its process of internal review and presentation to the Commissioners. SEC staff is unable to advance this process during the shutdown.

7.   Accordingly, the SEC requests that the Court stay this case until the current lapse in appropriations ends, and that the October 14, 2025 deadline for the SEC to file a motion for default judgment be extended to a date 90 days after the conclusion of the shutdown.

WHEREFORE, the SEC respectfully requests the Court enter an Order staying this action, adjourning all deadlines, and extending the deadline to apply for a default final judgment to a date 90 days after the conclusion of the shutdown.

**Local Rule 3.01(g) Certification**

The undersigned hereby certifies that he was unable to confer with the Defendant because he has not appeared in this case and the Clerk entered a Default against him on September 9, 2025 [ECF No. 50]. Upon information and belief, the Defendant is being held at the Montgomery Correctional Center in Jacksonville, Florida [ECF No. 48].

October 10, 2025             Respectfully submitted,

                                    By:  <u>Russell R. O'Brien</u>
Russell R. O'Brien, Esq.
Trial Counsel
Florida Bar No. 084542
Direct Dial: (305) 982-6341
Direct email: obrienru@sec.gov

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154