UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE No. 23-cv-00539-BJD-PDB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

CEDRIC DEWAYNE GRIFFIN,

    Defendant.

_____/

### PLAINTIFF'S NOTICE OF FILING SECOND AMENDED COMPLAINT

Plaintiff Securities and Exchange Commission (the "Commission"), pursuant to this Court's February 20, 2026, Order [ECF No. 55] ("Order") directing the Commission to consider *SEC v. Spartan Securities Group, Ltd.*, 164 F.4th 1231, 1274-1304 (11th Cir. 2026) (dissenting opinion), respectfully provides notice of filing its Second Amended Complaint for Injunctive and Other Relief as ECF No. 57. *See* paragraphs 101, 104, 107, 110, 113, and 116. Additionally, the Second Amended Complaint includes updated allegations regarding Defendant Cedric Dewayne Griffin's current residence (*see* paragraphs 7 and 10), Defendant's use of investor funds (*see* paragraphs 86 and 87), and corrects scrivener's errors.

    March 6, 2026           Respectfully submitted,

                              Russell R. O'Brien
                              Russell R. O'Brien, Esq.
                              Senior Trial Counsel
                              Florida Bar No. 084542

Direct Dial: (305) 982-6341
Direct Email: obrienru@sec.gov

Attorney for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document and the Second Amended Complaint [ECF No. 57] are being served by U.S. Mail to:

Defendant Cedric Dewayne Griffin
Reg. No.: 2025001924
Montgomery Correctional Center
4727 Lannie Road
Jacksonville, FL 32218

By:    Russell R. O'Brien
       Russell R. O'Brien

2