United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,**

   *Plaintiff,*

v.                                                    **NO. 3:23-cv-539-BJD-PDB**

**CEDRIC DEWAYNE GRIFFIN,**

   *Defendant.*

---

## Order

To avoid informing Cedric Dewayne Griffin of the efforts to locate and serve him, the court granted the United States Securities and Exchange Commission's motion to file under seal a motion for an extension of time to serve process on Griffin, Doc. 14, and directed the clerk to file under seal the motion for extension of time, Doc. 13, and the order, Doc. 14. Now that Griffin has been served, Docs. 19, 48, the clerk is **directed** to unseal the motion for extension of time to serve process, Doc. 13, and the order granting the motion, Doc. 14.

**Ordered** in Jacksonville, Florida, on August 3, 2026.

*Patricia D. Barksdale*

Patricia D. Barksdale
*United States Magistrate Judge*