United States District Court
Middle District of Florida
Jacksonville Division

**SECURITIES AND EXCHANGE COMMISSION,**

 *Plaintiff,*

**v.**             **NO. 3:23-cv-539-BJD-PDB**

**CEDRIC DEWAYNE GRIFFIN,**

 *Defendant.*

---

## Order

In a state criminal case against Cedric Dewayne Griffin, his defense counsel has raised an issue of Griffin's competency, and the state court has ordered a competency examination. *See State of Florida v. Griffin*, No. 16-2024-CF-003129-AXX-MA (Fla. 4th Cir. Ct.); D63 at §§ II, V.H, & n.2. By **August 21, 2026**, the Securities and Exchange Commission must state its position, with supporting legal authority, on whether this civil case, including the period for objecting to the report and recommendation on default judgment, should be stayed until the state court rules on competency.

 **Ordered** in Jacksonville, Florida, on August 7, 2026.

           *Patricia D. Barksdale*
           Patricia D. Barksdale
           United States Magistrate Judge