UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE No. 23-cv-00539-BJD-PDB

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

CEDRIC DEWAYNE GRIFFIN,

Defendant.
_____________________________________________/

**PLAINTIFF'S STATUS UPDATE REGARDING DEFENDANT'S PENDING COMPETENCY EVALUATION IN FLORIDA STATE COURT**

Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this status update pursuant to the Court's August 26, 2026 Order [ECF No. 66] directing the Commission to provide updates every sixty (60) days regarding the pending competency evaluation of Defendant Cedric Dewayne Grifin ("Griffin") in *State of Florida v. Griffin*, Case No. 16-2024-CF-003129 (Fla. 4th Cir. Ct. filed March 26, 2024).

The Commission has reviewed the publicly available docket for the criminal matter in which the Florida state court is evaluating Griffin's competency. As of this filing, there is no indication that the state court has scheduled a competency hearing or made a determination regarding Griffin's competency. The Commission will continue monitoring the Florida state court docket and will promptly notify this Court if a competency hearing is scheduled or a competency determination is issued.

October 2, 2026 Respectfully submitted,

Russell R. O'Brien
Russell R. O'Brien, Esq.
Senior Trial Counsel
Florida Bar No. 084542
Direct Dial: (305) 982-6341
Direct Email: obrienru@sec.gov

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served by U.S. Mail to:

Defendant Cedric Dewayne Griffin
Jail Number: 2025001924
Pretrial Detention Facility
500 E. Adams Street
Jacksonville, FL 32202

By: s/Russell R. O'Brien
Russell R. O'Brien