UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE No. 23-cv-00539-BJD-PDB

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

CEDRIC DEWAYNE GRIFFIN,

Defendant.
_______________________________________/

**PLAINTIFF'S STATUS UPDATE REGARDING DEFENDANT'S PENDING COMPETENCY EVALUATION IN FLORIDA STATE COURT**

Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this status update pursuant to the Court's August 26, 2026 Order [ECF No. 66].

As the Court is aware, this action was stayed pending developments in *State of Florida v. Griffin*, Case No. 16-2024-CF-003129-AXXX-MA (Fla. 4th Jud. Cir.) ("2024 Fraud Case"),[1] after the Court identified filings in that case concerning Defendant Cedric Dewayne Griffin's ("Griffin") competency. *See* ECF Nos. 64, 65.

Since filing its most recent status update [ECF No. 67], the Commission has continued to monitor the publicly available state-court dockets and to seek information regarding the status of the competency issue from the prosecuting authority in the state

[1] Pending state criminal case based on an Information filed in March 2024 alleging a "systematic, on-going course of conduct with the intent to defraud" in violation of Fla. Stat. § 817.034(4)(a)(1).

criminal proceedings. The Commission has now been advised by the Assistant State Attorney handling the matter that Griffin was not adjudicated incompetent, that the competency issue is no longer pending before the state court in the 2024 Fraud Case, and that Griffin recently entered a guilty plea in *State of Florida v. Griffin*, No. 16-2022-CF-002535-AXXX-MA (Fla. 4th Cir. Ct.) ("2022 Theft Case"),[2] following a lengthy plea colloquy in which no competency concerns were identified. According to the Assistant State Attorney, Griffin's sentencing in the 2022 Theft Case is currently scheduled for the week of November 30, 2026. A copy of the docket for the 2022 Theft Case confirms this and is attached as Exhibit 1.

Based on this information, the Commission understands that the competency determination that prompted the stay in this action is no longer pending. A copy of the docket for the 2024 Fraud Case is attached as Exhibit 2, which indicates a Pretrial hearing is set for November 30, 2026. Accordingly, the Commission respectfully submits that the basis for the stay no longer exists and requests that the Court lift the stay and resume consideration of the Commission's Motion for Entry of Default Final Judgment [ECF No. 60] and the Report and Recommendation [ECF No. 63].

Dated: November 10, 2026 Respectfully submitted,

Russell R. O'Brien
Russell R. O'Brien, Esq.
Senior Trial Counsel
Florida Bar No. 084542
Direct Dial: (305) 982-6341
Direct Email: obrienru@sec.gov

[2] Pending state criminal case based on an Amended Information filed on May 11, 2022 alleging five counts of grand theft of property in violation of Fla. Stat. § 812.014(2).

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served by U.S. Mail to:

Defendant Cedric Dewayne Griffin
Jail Number: 2025001924
Pretrial Detention Facility
500 E. Adams Street
Jacksonville, FL 32202

*s/Russell R. O'Brien*
Russell R. O'Brien